298 So.2d 622

**In re Leonard Ray WILSON, Sr.**

**v.**

**Peggy Dickerson WILSON (York).**

**Ex parte Leonard Ray Wilson, Sr.**

**SC 588.**

Supreme Court of Alabama.

Feb. 7, 1974.

Palmer W. Norris, Gardendale, and Fred Blanton, Birmingham, for petitioner.

No brief for respondent.

HEFLIN, Chief Justice.

Petition of Leonard Ray Wilson, Sr. for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Wilson v. Wilson (York), 51 Ala.App. 2, 298 So.2d 616.

Writ denied.

COLEMAN, McCALL, FAULKNER and JONES, JJ., concur.

299 So.2d 321

**In re Cleve WILSON, Jr.**

**v.**

**STATE.**

**Ex parte Cleve Wilson, Jr.**

**SC 888.**

Supreme Court of Alabama.

May 15, 1974.

Huel M. Love, Talladega, for petitioner.

No brief for the State.

HARWOOD, Justice.

Petition of Cleve Wilson, Jr. for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Wilson v. State, 53 Ala.App. 274, 299 So.2d 319.

Writ denied.

MERRILL, MADDOX, McCALL and FAULKNER, JJ., concur.